IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HERMILIO PIZANAVADEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:25-cv-133 |
| TEX. BD. OF PARDONS AND PAROLES | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Hermilio Pizanavadez, an inmate at the Michael Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Texas Board of Pardons and Paroles, the Texas Department of Criminal Justice and Bryan Collier.

Discussion

Plaintiff alleges that on January 25, 2025, he was denied due process of law during an interview regarding his possible release on parole.  The interview was conducted at the Michael Unit.

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.  Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

The actions allegedly taken by Defendants took place at the Michael Unit, which is located in Anderson County, Texas.  Pursuant to 28 U.S.C. § 124(c)(1), Anderson County is in the Tyler Division of the United States District Court for the Eastern District of Texas.  Plaintiff's claims

therefore arose in the Tyler Division.  In addition, the individual Defendant does not appear to reside

in the Beaumont Division.

The court has considered the circumstances and determined that the interest of justice would

be served if this matter were transferred to the division of the court in which Plaintiff's claims arose.

It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Tyler Division of the

United States District Court for the Eastern District of Texas.

**SIGNED this the 11th day of June, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE